# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

NIKCI BOYD,

    Plaintiff,

    v.

HASSEL,

    Defendant.

2:15-cv-1035-APG-GWF

**ORDER**

## I. DISCUSSION

Plaintiff, who is a prisoner in the custody of the Clark County Detention Center ("CCDC"), has submitted a three-page civil rights complaint pursuant to 42 U.S.C. § 1983. (ECF No. 1). Plaintiff has neither paid the full filing fee for this matter nor filed an application to proceed *in forma pauperis*.

Pursuant to 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, Plaintiff must complete an application to proceed *in forma pauperis* and attach both an inmate account statement for the past six months and a properly executed financial certificate. Plaintiff will be granted an opportunity to file an application to proceed *in forma pauperis*, or in the alternative, pay the full filing fee for this action. If Plaintiff chooses to file an application to proceed *in forma pauperis* she must file a fully complete application to proceed *in forma pauperis*.

The Court directs Plaintiff to file an amended complaint on this Court's approved prisoner civil rights form and it must be entitled "First Amended Complaint." Plaintiff's current complaint is three pages long and states vague allegations about being denied medication and censoring legal mail. (ECF No. 1 at 2). The Court directs Plaintiff to file an amended complaint and follow the form directions which provides: "State the facts clearly, in your own

words . . . Be sure you describe exactly what each specific defendant (by name) did to violate your rights." Plaintiff shall file the amended complaint within 30 days from the date of entry of this order.

## II.     CONCLUSION

For the foregoing reasons, IT IS ORDERED that the Clerk of the Court shall send Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that within **thirty (30) days** from the date of this order, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

IT IS FURTHER ORDERED that Plaintiff shall file the amended complaint within **thirty (30) days** from the date of entry of this order.

IT IS FURTHER ORDERED that the Clerk of the Court shall send to Plaintiff the approved form for filing a § 1983 complaint, instructions for the same, and a copy of her original complaint (ECF No. 1). Plaintiff shall file an amended complaint on the approved form and she shall write the words "First Amended" above the words "Civil Rights Complaint" in the caption.

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action may result.

DATED: This 8th day of June, 2015.

_____
United States Magistrate Judge